**EXHIBIT 2:** INFRINGEMENT
URL: https://www.facebook.com/WAGinFocus/videos/1156878432118936

