**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

|  |  |
|---|---|
| REED TIMMER,<br><br>          Plaintiff<br><br>     v.<br><br>BAKKEN BEACON MEDIA, LLC,<br><br>          Defendant | Civil Action No. 3:25-cv-102<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Plaintiff Reed Timmer ("Plaintiff") and Defendant Bakken Beacon Media, LLC ("Defendant") (collectively the "Parties"), through their respective counsel, hereby state and stipulate as follows:

WHEREAS, Plaintiff filed his Complaint against Defendant on May 2, 2025 (Dkt. 1);

WHEREAS, a copy of the Complaint was served on Defendant on May 16, 2025, making its initial Answer deadline June 6, 2025 (Dkt. 4);

WHEREAS, the Parties entered into a joint stipulation for a twenty-one (21) day extension of time for Defendant to answer or otherwise respond to the Complaint, thus making Defendant's response due on or before June 27, 2025;

WHEREAS, the Parties entered into a joint stipulation for an additional thirty (30) day extension of time for Defendant to answer or otherwise respond to the Complaint, thus making Defendant's response due on or before July 28, 2025;

WHEREAS, the Parties entered into a joint stipulation for an additional thirty (30) day extension of time for Defendant to answer or otherwise respond to the Complaint, thus making Defendant's response due on or before August 27, 2025;

WHEREAS, because the Parties are actively engaged in settlement discussions and close to resolution, but settlement discussions have been delayed by various scheduling conflicts, Defendant has requested, and Plaintiff has consented to, another thirty (30) day extension of time for Defendant to answer or otherwise respond to the Complaint, thus making Defendant's response due on or before September 26, 2025;

WHEREAS, the Parties submit there is good cause for the requested extension because the Parties are engaged in ongoing good faith settlement discussions, anticipate this will be the final request for an extension, and anticipate being able to settle the matter without further litigation;

WHEREAS, this is the Parties' fourth request for an extension;

WHEREAS, this extension of time shall be without a waiver of any of Defendant's defenses, other than as to sufficiency of service of process; and

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that the Court may enter an Order extending the time in which Defendant may answer or otherwise respond to the Complaint in the above-captioned matter, up to and including September 26, 2025.

Date: August 26, 2025                                    **SANDERS LAW GROUP**

                                                         */s/ Craig Sanders*
                                                         Craig Sanders, Esq.
                                                         333 Earle Ovington Blvd., Suite 402
                                                         Uniondale, NY 11553
                                                         Telephone: (516) 203-7600
                                                         Email: csanders@sanderslaw.group

                                                         *Attorneys for Plaintiff*

**FOX ROTHSCHILD LLP**

*/s/ Colleen McGarry*
Colleen McGarry, ND Bar #08421
33 South 6th Street, Suite 3600
Minneapolis, MN 55402
Telephone: (612) 607-7000
Fax: (612) 607-7100
Email: cmcgarry@foxrothschild.com

*Attorneys for Defendant*