IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| REED TIMMER,<br><br>　　　　Plaintiff<br>v.<br>BAKKEN BEACON MEDIA, LLC,<br><br>　　　　Defendant | Civil Action No. 3:25-cv-102-PDW-ARS<br><br>**NOTICE OF VOLUNTARY DISMISSAL<br>PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas the parties have resolved all claims between them in the matter and that no party is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice and without fees or costs.

Dated: September 19, 2025　　　　　　Respectfully submitted

**SANDERS LAW GROUP**

By: ___*/s/ Craig Sanders*___
Craig Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 131005
*Attorneys for Plaintiff*